**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER WARD, #05064990,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1865-K |
| | ) | |
| **DALLAS COUNTY SHERIFF** | ) | |
| **LUPE VALDEZ,** | ) | |
| Respondent. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this   3rd   day of January, 2006.


    s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE